UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


DENNIS BRITTENHAM,

        Plaintiff,

v.                                                CIVIL ACTION NO.: 10-10257
                                                 HONORABLE PATRICK J. DUGGAN

DR. DINSA and
JOHN McCARTHY,

        Defendants.

_____/

## **JUDGMENT**

In accordance with the Opinion and Order entered on this date,

**IT IS ORDERED AND ADJUDGED** that the complaints are **DISMISSED WITH PREJUDICE** for failure to state a claim for which relief may be granted and for failure to comply with Federal Rule of Civil Procedure 11(a).


                                                       sPATRICK J. DUGGAN
                                                       UNITED STATES DISTRICT JUDGE

Dated: April 20, 2010

Copy to:
Dennis Brittenham, #252929
Gus Harrison Correctional Facility
2727 E. Beecher Street
Adrian, MI 49221